In the Matter of the Transfer Tax upon the Estate of ALFRED B. CHURCH, Deceased. ALFRED W. CHURCH, Individually and as Executor, etc., Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

In the Matter of the Transfer Tax upon the Estate of MARY D. DALY, Deceased. JAMES C. DUFF, Individually and as Executor, etc., Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

THE WILLIAMSBURGH CITY FIRE INSURANCE COMPANY, Respondent, v. DORA LICHTENSTEIN, Individually and as Executrix, etc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERIC J. ERICKSON, Appellant.— Judgment and orders affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

JEAN NEWCOMBE, Respondent, v. HARRY VON TILZER and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

JOHN CARROLL, Respondent, v. OTIS ELEVATOR COMPANY, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

MORGAN LEE STARKE, Appellant, v. S. C. BECKWITH SPECIAL AGENCY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

POSTAL TELEGRAPH CABLE COMPANY, Appellant, v. TONOPAH & TIDEWATER RAILROAD COMPANY, Respondent.— Determination and judgment affirmed, with costs, and leave to appeal to the Court of Appeals denied. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

STEPAN YESSAYAN, Appellant, v. PANAMA-PACIFIC INTERNATIONAL EXPOSITION COMPANY, Respondent. STEPAN YESSAYAN, Appellant, v. PANAMA-PACIFIC INTERNATIONAL EXPOSITION COMPANY, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

STEPHEN G. CLARKE, as Executor, etc., Respondent, v. JAMES R. GILMORE, Appellant, Impleaded with Others. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.; Laughlin, J., dissented.

SAMUEL LOUIS BRENNER and Another, as Administrators, etc., Respondents, v. CARMANA REALTY COMPANY, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.